IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ERIC TILL, et al., | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 09-cv-1795 |
| | ) | |
| SPRINT SOLUTIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**AND NOW**, this 30th day of March 2010, upon consideration of Defendants' Motion to Dismiss the Amended Complaint [docket entry No. 15], Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint [docket entry No. 17], Defendants' Reply Brief in Support of Motion to Dismiss Amended Complaint [docket entry No. 20], Plaintiffs' Sur-Reply Brief in Opposition to Defendants' Motion to Dismiss Amended Complaint [docket entry No. 23], and for reasons set forth in the attached Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**